No. 16,746.

WARD, ADMINISTRATOR *v.* COVILLO.
(250 P. [2d] 139)

Decided October 20, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. GEORGE S. FULLER, Mr. JOHN F. RADLOFF, for plaintiff in error.

Mr. ROBERT SUNSHINE, Mr. H. D. REED, for defendant in error.